UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:13CR0100 SNLJ |
| | ) | |
| OMAR M. GRIM, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBYORDERED** that the report and recommendation of United States Magistrate Judge Abbie Crites-Leoni (#72), filed on September 16, 2014 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence and Statements (#29) be **DENIED**.

Dated this 22nd day of October, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE